UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIN QIN CHEN,

                Plaintiff,        19cv10009 (JGK)

    - against -               ORDER

KEVIN MCALEENAN, et al.,

                Defendants.

**GEORGE B. DANIELS, District Judge:**

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(2), the case is dismissed without prejudice and without costs or fees to any party.

**SO ORDERED.**

Dated:    New York, New York
           March 5, 2020

                                  GEORGE B. DANIELS
                           United States District Judge, PART I